Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Law Firm, Inc.
701 E. Bridger Ave., Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Plaintiff

E-Filed: August 20, 2010

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Marc D. Jeser, | ) |
| Plaintiff, | ) CASE NO.: 2:08-cv-01283-PMP-GWF |
| vs. | ) |
| Countrywide Home Loans, Inc., | ) **STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |
| Defendant | ) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Marc D. Jeser, by and through his counsel of record, The Schwartz Law Firm, Inc., and Defendant Countrywide Home Loans, Inc., by and through its counsel of record, Lewis & Roca LLP, that pursuant to that certain settlement agreement between the parties dated August 19, 2010, the above-captioned case, all claims, causes of action and defenses between the Plaintiff and the Defendant set forth

///

///

///

///

///

1

in the pleadings, be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated this 20th day of August, 2010.                    Dated this 20th day of August, 2010.

/s/ Samuel A. Schwartz                                  /s/ J. Christopher Jorgensen
Samuel A. Schwartz, Esq.                                J. Christopher Jorgensen, Esq.
Nevada Bar No. 10985                                    Nevada Bar No. 5382
Bryan A. Lindsey, Esq.                                  Diana S. Erb, Esq.
Nevada Bar No. 10662                                    Nevada Bar No. 10580
Schwartz Law Firm, Inc.                                 Lewis and Roca, LLP
701 E. Bridger Ave., Suite 120                          3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89101                                 Las Vegas, Nevada 89169
Telephone: (702) 385-5544                               Telephone: (702) 385-3373
Facsimile: (702) 385-2741                               Facsimile:  (702) 949-8398
Attorneys for Plaintiff                                 Attorneys for Defendant

**IT IS SO ORDERED**

Dated this _ 23rd day of August, 2010.


_____
DISTRICT COURT JUDGE

Respectfully Submitted,

/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Law Firm, Inc.
701 E. Bridger Ave., Suite 120
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Attorneys for Plaintiff